**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Ruping Yang and Eng Kiong Ng,                                   No. 25-cv-2813 (KMM/ECW)

      Plaintiffs,

v.                                                                                   **ORDER**

Azotic LLC and Steven Starcke,

      Defendants.

This matter is before the Court on Defendants' Motion to Dismiss the Amended Complaint or in the Alternative to Abstain from Exercising Jurisdiction (Dkt. 49). Defendants move to dismiss the amended complaint for lack of subject matter jurisdiction. (*Id.*; Dkt. 51 at 8–15.) In response to the motion, Plaintiffs concede that the Court lacks subject-matter jurisdiction, but they assert that any such dismissal must be without prejudice. (Dkt. 57 at 1, 3–4.) Based on the Court's review of the pleadings, Defendants' motion, Plaintiffs' concession, and on all the files and proceedings herein, the Court finds that dismissal without prejudice for lack of subject matter jurisdiction is appropriate. Accordingly, **IT IS HEREBY ORDERED THAT**

1.      Defendant's Motion to Dismiss (Dkt. 49) is **GRANTED**.

2.      This matter is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 12(b)(1) for lack of subject matter jurisdiction.

**Let Judgment be entered accordingly.**

Date: February 26, 2026                                        *s/Katherine Menendez*
                                       Katherine Menendez
                                       United States District Judge