## UNITED STATES DISTRICT COURT

### District of Minnesota

Ruping Yang and Eng Kiong Ng,

**JUDGMENT IN A CIVIL CASE**

Plaintiff(s),

v.

Case Number: 25-cv-2813 KMM/ECW

Azotic, LLC and Steven Starcke,

Defendant(s).

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Defendant's Motion to Dismiss (Dkt. 49) is **GRANTED**.

2. This matter is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 12(b)(1) for lack of subject matter jurisdiction.

Date: 2/26/2026

KATE M. FOGARTY, CLERK